Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 449-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
AMADO GARCIA MEJIA

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:10-cr-00256 LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| AMADO GARCIA MEJIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties herein that the status conference hearing presently set for August 13, 2010 at 9:00 a.m. should be continued to August 27, 2010 at 9:00 a.m. for good cause. Good cause is stipulated to in that the defendant's counsel will be unavailable for the currently set date, and the government does not object to said continuance. Both parties feel this continuance serves the interests of justice.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

| | |
|---|---|
| Dated: July 23, 2010. |   /s/ Gary Huss<br>Gary Huss, Attorney for Defendant<br>AMADO GARCIA MEJIA |

| | |
|---|---|
| Dated: July 23, 2010. |   /s/ Ian Garriques<br>Ian Garriques, Assistant U.S. Attorney |

### **ORDER**

GOOD CAUSE appearing and upon stipulation of the parties and their counsel, the status conference of the defendant, AMADO GARCIA MEJIA, is continued to August 27, 2010 at 9:00 a.m.    Time is excluded due to the unavailability of defense counsel.

IT IS SO ORDERED.

**Dated:   July 26, 2010**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE